# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KIM DODDS                                                                                                    PLAINTIFF

vs.                        CASE NO. 4:11CV00789 JMM

PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al       DEFENDANTS

### ORDER OF DISMISSAL

      Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

      The complaint and all claims in this action are hereby dismissed with prejudice.

      If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

      IT IS SO ORDERED this 12th day of July, 2012.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE